Gregory N. Karasik (SBN 115834)
**Karasik Law Firm**
11835 W. Olympic Blvd. Ste. 1275
Los Angeles, CA 90064
Tel (310) 312-6800
Fax (310) 943-2582
greg@karasiklawfirm.com

Sahag Majarian II – State Bar No. 146621
**Law Office of Sahag Majarian II**
18250 Ventura Boulevard
Tarzana, California 91356
Tel: (818) 609-0807; Fax: (818) 609-0892
sahagii@aol.com

Attorneys for Plaintiff
FRANCISCO NIEVES REYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO NIEVES REYES, individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CVS PHARMACY, INC.; CAREMARK RX LLC; and DOES 1 through 10.<br><br>Defendants. | Case No. 1:14-CV-00964 MJS<br><br>**STIPULATION RE MODIFICATION OF LITIGATION SCHEDULE and ORDER THEREON** |

    Plaintiff Francisco Nieves Reyes ("Plaintiff") and Defendants CVS Pharmacy, Inc. and CVS Caremark Corporation (erroneously sued as Caremark RX LLC) ("Defendants"), by and through their respective counsel of record, hereby enter into the following Stipulation re Modification of Litigation Schedule.

**STIPULATION**

    1.    On September 12, 2014, the Court issued an order establishing the following schedule with respect to Plaintiff's anticipated motion for class certification:

    Filing Deadline                      March 16, 2015

| | |
|---|---|
| Opposition Due | April 16, 2015 |
| Reply Due | April 30, 2015 |
| Hearing Date | June 5, 2015 |

2. Despite trying to complete class certification related discovery with diligence, the parties have encountered unexpected delays. Among other reasons preventing completion of class related discovery sooner, Defendants were not able to provide Plaintiff with sampling information until around December 23, 2014 and, due to scheduling conflicts, pmk depositions were only recently scheduled to be taken on March 23, 2015 (in Los Angeles) and April 8, 2015 (in Boston).

3. In addition to needing more time to complete discovery, the parties have been meeting and conferring about the possibility of participating in a private mediation, and wish to have more time to fully explore that possibility before having to incur further litigation expenses.

4. In light of the above, the parties mutually request that all of the dates with respect to Plaintiff's anticipated motion for class certification be extended by eight weeks, as follows:

| | |
|---|---|
| Filing Deadline | May 11, 2015 |
| Opposition Due | June 11, 2015 |
| Reply Due | June 25, 2015 |
| Hearing Date | July 31, 2015 |

Dated: February 20, 2015         KARASIK LAW FIRM

                                 By   /s/ Gregory N. Karasik
                                      Gregory N. Karasik
                                      Attorneys for Plaintiff

Dated: February 20, 2015         SIDLEY AUSTIN LLP

                                 By   /s/ Jennifer B. Zargarof
                                      Jennifer B. Zargarof
                                      Attorneys for Defendants

## **ORDER**

Good cause having been shown, the foregoing stipulation in case number 1:14-CV-00964 MJS is hereby approved. The litigation schedule for Plaintiff's class certification motion is modified to the following:

| | |
|---|---|
| Filing Deadline | May 11, 2015 |
| Opposition Due | June 11, 2015 |
| Reply Due | June 25, 2015 |
| Hearing Date | July 31, 2015 |

IT IS SO ORDERED.

Dated:   February 20, 2015              /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE