Gregory N. Karasik (SBN 115834)
**Karasik Law Firm**
11835 W. Olympic Blvd. Ste. 1275
Los Angeles, CA 90064
Tel (310) 312-6800
Fax (310) 943-2582
greg@karasiklawfirm.com

Sahag Majarian II – State Bar No. 146621
**Law Office of Sahag Majarian II**
18250 Ventura Boulevard
Tarzana, California 91356
Tel: (818) 609-0807; Fax: (818) 609-0892
sahagii@aol.com

Attorneys for Plaintiff
FRANCISCO NIEVES REYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO NIEVES REYES, individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CVS PHARMACY, INC.; CAREMARK RX LLC; and DOES 1 through 10.<br><br>Defendants. | Case No. 1:14-CV-00964 MJS<br><br>**STIPULATION RE CONTIUANCE OF SCHEDULING CONFERENCE PENDING MEDIATION and ORDER THEREON** |

      Plaintiff Francisco Nieves Reyes ("Plaintiff") and Defendants CVS Pharmacy, Inc. and CVS Caremark Corporation (erroneously sued as Caremark RX LLC) ("Defendants"), by and through their respective counsel of record, hereby enter into the following Stipulation re Continuance of Scheduling Conference Pending Mediation and mutually request the Court to enter an order in accordance therewith.

**STIPULATION**

      1.      On February 20, 2015, the Court issued an order establishing the following schedule with respect to Plaintiff's then anticipated motion for class certification:

| | | |
|---|---|---|
| 1 | Filing Deadline | May 11 2015 |
| 2 | Opposition Due | June 11, 2015 |
| 3 | Reply Due | June 25, 2015 |
| 4 | Hearing Date | July 31, 2015 |

2. Following the deposition of Defendant with respect to certain topics on April 30, 2015, the parties agreed to suspend discovery and participate in a private mediation. As a result of that agreement, Plaintiff did not file a motion for class certification by the May 11 deadline.

3. As a result of Plaintiff not filing a motion for class certification by the May 11 deadline, the Court set a scheduling conference for July 31, 2015.

4. The parties recently confirmed mediation arrangements. The mediation is scheduled to take place on July 30, 2015 before mediator Barry Winograd.

5. In light of the foregoing, the parties mutually request that the scheduling conference be continued for approximately 30 days.

Dated: June 8, 2015                                        KARASIK LAW FIRM

                                                By     /s/ Gregory N. Karasik
                                                       Gregory N. Karasik
                                                       Attorneys for Plaintiff

Dated: June 8, 2015                                        SIDLEY AUSTIN LLP

                                                By     /s/ Jennifer B. Zargarof
                                                       Jennifer B. Zargarof
                                                       Attorneys for Defendants

### ORDER

Good cause having been shown, the scheduling conference presently set for July 31, 2015 is continued to August 28, 2015 at 11:30 AM.
IT IS SO ORDERED.

Dated:   June 9, 2015                           /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER RE CONTINUATION OF SCHEDULING CONFERENCE
PENDING MEDIATION