Gregory N. Karasik (SBN 115834)
**Karasik Law Firm**
11835 W. Olympic Blvd. Ste. 1275
Los Angeles, CA 90064
Tel (310) 312-6800
Fax (310) 943-2582
greg@karasiklawfirm.com

Sahag Majarian II – State Bar No.  146621
**Law Office of Sahag Majarian II**
18250 Ventura Boulevard
Tarzana, California 91356
Tel: (818) 609-0807; Fax: (818) 609-0892
sahagii@aol.com

Attorneys for Plaintiff
FRANCISCO NIEVES REYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO NIEVES REYES, individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CVS PHARMACY, INC.; CAREMARK RX LLC; and DOES 1 through 10.<br><br>Defendants. | Case No. 1:14-CV-00964 MJS<br><br>**STIPULATION TO VACATE SCHEDULING CONFERENCE IN LIGHT OF TENTATIVE CLASS ACTION SETTLEMENT and ORDER THEREON** |

Plaintiff Francisco Nieves Reyes ("Plaintiff") and Defendants CVS Pharmacy, Inc. and CVS Caremark Corporation (erroneously sued as Caremark RX LLC) ("Defendants"), by and through their respective counsel of record, hereby enter into the following stipulation and mutually request the Court to enter an order in accordance herewith.

**STIPULATION**

1.     A scheduling conference is presently set for August 31, 2015.

2.  On July 30, 2015, the parties participated in a private mediation before mediator Barry Winograd, Esq.  At the mediation, the parties reached agreement on the material terms of a class action settlement.

3.  The parties are in the process of preparing formal settlement documents and anticipate that, following finalization of settlement documents, Plaintiff will file a motion for preliminary approval of the settlement sometime within the next 30-60 days.

4.  In light of the foregoing, the parties mutually request that the scheduling conference set for August 31, 2015 be vacated.

Dated:  August 11, 2015                                        KARASIK LAW FIRM

                                                              By   /s/ Gregory N. Karasik
                                                                   Gregory N. Karasik
                                                                   Attorneys for Plaintiff

Dated:  August 11, 2015                                        SIDLEY AUSTIN LLP

                                                              By   /s/ Jennifer B. Zargarof
                                                                   Jennifer B. Zargarof
                                                                   Attorneys for Defendants

### ORDER

Good cause having been shown, the foregoing stipulation is hereby approved, and it is ordered that the scheduling conference previously set for August 31, 2015 be vacated. **The parties shall file a Joint Report explaining the status of this case on or before November 2, 2015 and then every 30 days thereafter until further order of the Court to the contrary.**

IT IS SO ORDERED.

Dated:   August 11, 2015                         /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28