IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANCISCO NIEVES REYES,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CVS PHARMACY, INC., et al.,**<br><br>　　　　　　　　　　Defendants. | 1:14-cv-00964-MJS<br><br>**ORDER REQUIRING DEFENDANT TO SUBMIT EVIDENCE OF COMPLIANCE WITH 28 U.S.C. § 1715(b)**<br><br>**JUNE 20, 2016 DEADLINE** |

　　　　On May 11, 2016, Plaintiff Francisco Nieves Reyes, on behalf of himself and others similarly situated (hereinafter collectively referred to as "Plaintiffs"), moved for final approval of a class action settlement. (ECF No. 42.) Defendants CVS Pharmacy, Inc. and Caremark Rx, LLC (hereinafter collectively referred to as "Defendants") filed a statement of non-opposition. (ECF No. 45.)

　　　　Plaintiffs' motion was heard on June 10, 2016. Counsel Gregory Karasik appeared on behalf of Plaintiffs, and counsel Jennifer Zargarof appeared on behalf of

Defendants. During the hearing, defense counsel asked that the "effective date" of the settlement agreement be extended to June 23, 2016, to accommodate the requirements of 28 U.S.C. § 1715(b) and (d) and enable Defendants to provide adequate notice to appropriate federal and state attorneys general prior to final settlement approval. Plaintiff did not object.

Pursuant to 28 U.S.C. § 1715(d), the Court cannot finally approve the settlement until ninety days have passed following service of notice on the appropriate attorneys general. Upon review of the parties' submissions, the Court finds that it is without information as to which attorneys general were served with notice of the proposed settlement and when those attorneys general were served. Absent such information, and in light of the indications during the hearing that notice was delayed, the Court will not grant final settlement approval.

Accordingly, on or before June 20, 2016, Defendants shall file and serve evidence, supported by an appropriate declaration, showing which attorney generals were served with notice of the proposed settlement and when they were served.

IT IS SO ORDERED.

Dated:   June 13, 2016             /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE